UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-590-FDW

| | |
|---|---|
| SHERRAD DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SERGEANT JANE DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on a periodic status review of this action brought by pro se Plaintiff pursuant to 42 U.S.C. § 1983. On June 13, 2014, this Court conducted an initial review of Plaintiff's Complaint. (Doc. No. 15). As a result, Defendant Hargrave was terminated. The Court ordered the U.S. Marshal to serve the remaining Defendants Beaver, Hinson, Cole, Davis, and Lemon. This Court's docket indicates that summonses were issued to the U.S. Marshal for service on Defendants on June 20, 2014. (Doc. No. 16). On July 11, 2014, the U.S. Marshal returned the summonses as executed as to Defendants Beaver and Hinson. (Doc. No. 17). The summonses as to Defendants Cole, Davis, and Lemon have not been returned to this Court as either executed or unexecuted.

**IT IS, THEREFORE, ORDERED** that, within ten days of this Order, the U.S. Marshal is instructed to serve a copy of the Complaint, Summons, and this Order upon Defendants Cole, Davis, and Lemon in accordance with Rule 4, Federal Rules of Civil Procedure, or to file with the Court the summons that the Marshal has already attempted to serve on Defendants Cole, Davis, and Lemon.

1

Signed: January 21, 2015

*[Signature]*

Frank D. Whitney
Chief United States District Judge