UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-590-FDW

| | |
|---|---|
| SHERRAD DAVIDSON, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SERGEANT JANE DAVIS, et al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Stay Summary Judgment, (Doc. No. 48), and on Plaintiff's Motion to Appoint Counsel, (Doc. No. 50).

Plaintiff's motion to stay summary judgment is denied for the reasons asserted in Defendant's response in opposition to the motion. See (Doc. No. 49).

Plaintiff's motion to appoint counsel is denied for the same reasons the Court has denied his prior motions to appoint counsel. See (Doc. Nos. 10; 15).

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's Motion to Stay Summary Judgment, (Doc. No. 48), and Plaintiff's Motion to Appoint Counsel, (Doc. No. 50), are **DENIED**.

Frank D. Whitney
Chief United States District Judge